HOLLOWAY v. STEPHENS, appellant.

*Agency — unauthorized acts of agent — Evidence — when admissions of agent not competent against principal.*

An agreement between plaintiff's agent and defendant that plaintiff's property under an execution upon a judgment in favor of defendant against plaintiff should be sold and purchased by the agent and the proceeds less sheriff's fees paid defendant, and that no restitution should be made in case of a reversal of the judgment on appeal, the agreement not being ratified or known to the principal, *held,* not binding on the principal and a restitution should be ordered. *Held,* also, that the sworn statements of the agent in a prosecution instituted against him by the principal and his unsworn admissions that the agreement had become known to the principal would not be evidence of that fact against the principal.

MOTION by appellant for a re-argument of appeal from order directing restitution of moneys collected on execution. The action was by Thomas Holloway against Benjamin F. Stephens. The facts appear in the reports of the case in 2 N. Y. Sup., at pp. 562 and 658.

*Titus B. Eldridge,* for appellant.

*Gray & Davenport,* for respondent.

DANIELS, J.

The only points passed upon in the opinion, which are not believed to be important for publication in full, appear fully in the head-note.

*Motion denied.*